1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada State Bar Number 14853
   KIMBERLY SOKOLICH
3  Assistant United States Attorneys
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
6  Kimberly.Sokolich@usdoj.gov
   *Attorneys for the United States of America*

7

8              **UNITED STATES DISTRICT COURT**
9                    **DISTRICT OF NEVADA**

10 UNITED STATES OF AMERICA            )
11                                     )   Case No. 2:18-cr-00284-JCM-VCF
                                       )
12         Plaintiff,                  )
   vs.                                 )   Stipulation to Continue Sentencing
13                                     )            (*First Request*)
   PAUL SHAWN IWATSU,                  )
14                                     )
           Defendant.                  )
15 ────────────────────────────────────)

16
          IT IS HEREBY STIPULATED AND AGREED, by and between Christopher
17
   Chiou, Acting United States Attorney, and Kimberly Sokolich, Assistant United States
18
   Attorney, counsel for the United States of America, and Mace Yampolsky, counsel for the
19
   Defendant, Paul Shawn Iwatsu, that the sentencing hearing currently scheduled for
20
   January 21, 2022 be vacated set to a date and time convenient to the this Court, but no
21
   sooner than sixty (60) days from the current sentencing date.
22
          This stipulation is entered into for the following reasons:
23
          1.  The United States Probation Office informed counsel that they are still
24
   waiting on records necessary to complete the Presentence Investigation Report for the
25
   Defendant.
26
          2.  Once the Presentence Investigation Report is complete, the parties will need
27
   time to review the documents and prepare sentencing memorandum.
28
          3.  The parties agree to the continuance.

4.  The defendant is in custody and does not object to the continuance.

5.  Additionally, denial of this request for continuance could result in a miscarriage of justice.

6.  The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

7.  This is the first stipulation to continue the sentencing hearing.

DATED this 14th day of December 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Kimberly Sokolich*                     */s/ Mace Yampolsky*
KIMBERLY SOKOLICH            MACE YAMPOLSKY
Assistant United States Attorney    Counsel for Defendant,
                                                   PAUL SHAWN IWATSU

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:18-cr-00284-JCM-VCF |
| Plaintiff, | ) | |
| vs. | ) | Order to Continue Sentencing |
| | ) | (*First Request*) |
| PAUL SHAWN IWATSU, | ) | |
| | ) | |
| Defendant. | ) | |

    Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant in a speedy sentencing, since failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

    IT IS HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for January 21, 2022 at 10:30a.m., be vacated and continued to <u>Friday, March 25, 2022 at 10:30 a.m</u>..

DATED: December 16, 2021.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE